UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., DENISE PAYNE,

Plaintiffs,

-vs-                                              Case No.  6:12-cv-1384-Orl-28DAB

PAR RE BC CF L.L.C.,

Defendant.

_____

## ORDER

This case is before the Court on Defendant's Motion to Dismiss Complaint (Doc. No. 13) filed November 16, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed March 12, 2013 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant's Motion to Dismiss Complaint (Doc. 13) is **GRANTED**.  Plaintiffs' Complaint is **DISMISSED**.  Plaintiffs are granted leave to file an Amended Complaint to provide them the opportunity to set forth, if they can, sufficient allegations regarding standing to allow their claims to proceed.  The Amended Complaint shall be filed within fourteen (14)

days from the date of this Order.  Failure to file the Amended Complaint within the time allowed herein, will result in this case being closed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of April, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record

-2-